IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TAMMY S. DAVIS, *as Next Friend of Austin Davis, a minor*, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No.  07-cv-223 DRH ) ) |
| WILLIAM R. KENNY, | ) ) |
| Defendant. | ) |

## ORDER

Upon review of the Plaintiff's Petition for Approval of Minor's Settlement (Doc. 21) and supporting affidavits, the Court finds that the evidence demonstrates that the agreement and settlement between the parties is fair and reasonable and in the best interest of the minor, Austin Davis.  Accordingly, the Court hereby **APPROVES** the proposed settlement.

**IT IS SO ORDERED.**

**DATED:  December 3, 2007**

> s/ *Donald G. Wilkerson*
> **DONALD G. WILKERSON**
> **United States Magistrate Judge**