# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**TAMMY S. DAVIS, as Next Friend of Austin Davis, a minor,**

    **Plaintiff,**

**vs.**                                                                   Cause No. 07-CV-223 DRH

**WILLIAM R. KENNY,**

    **Defendant**.

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** with each party to bear its own costs.-----------------------------------------------------------------------------

                                                                              **NORBERT G. JAWORSKI, CLERK**

February 7, 2008                                   By:    s/Patricia Brown
                                                                                       Deputy Clerk

APPROVED: /s/      *David R Herndon*
                    **CHIEF JUDGE**
                    **U.S. DISTRICT COURT**